# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **DANIEL MATTHEW KITTSON**, <br><br> Defendant. | Case No. 3:21-cr-00075-IM <br><br> **JOINT WITNESS LIST** |

DATED this 22nd day of August, 2023.

                                                           /s/ Karin J. Immergut
                                                          Karin J. Immergut
                                                          United States District Judge

**Government Witnesses**

1. ATF Special Agent Caleb Enk - 8/22/23

2. ATF Special Agent Jason R. Weber – 8/22/23 & 8/23/23

3. ATF Firearms Technology Industry Services Branch Chief Daniel Hoffman – 8/23/23

4. ATF Firearms & Explosives Specialist/Custodian James Robertson – 8/23/23

**Defense Witnesses**

1. Tina Schneider – 8/23/23

2. Heidi Owens – 8/24/23

3. Federal Public Defender Investigator Dash Terry – 8/24/23

4. John Nixon, Board Certified Forensic Engineering Scientist – 8/24/23