IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**DANIEL MATTHEW KITTSON**,<br><br>Defendant. | Case No. 3:21-cr-00075-IM<br><br>**Joint Exhibit List** |

DATED this 22nd day of August, 2023.

                                                    /s/ Karin J. Immergut
                                                    Karin J. Immergut
                                                    United States District Judge

| United States v. Daniel Matthew Kittson<br>3:21-cr-00075-IM<br>Joint Exhibit List | | | | |
|---|---|---|---|---|
| **Government Exhibits** | | | | |
| **Exhibit #** | **Description** | **Status** | **Offered** | **Received** |
| 1. | Gun [physical exhibit] | Preadmitted | X | X |
| 2. | Drum magazine [physical exhibit] | Preadmitted | X | X |
| 3. | Photo of gun | Preadmitted | X | X |
| 4. | Call recording (1-7-20 at 1547) | Preadmitted | X | X |
| 5. | Text messages (1-7-20 at 1613) | Preadmitted | X | X |
| 6. | Call recording (1-10-20 at 1230) | Preadmitted | X | X |
| 7. | Text messages (1-10-20 at 1241) | | X | X |
| 8. | Text messages (1-10-20) | | X | X |
| 9. | Video recording, part I (1-10-20) | Preadmitted | X | X |
| 10. | Audio recording (1-10-20) | Preadmitted | X | X |
| 11. | Video recording, part II (1-10-20) | Preadmitted | X | X |
| 12. | Photo of Kittson residence | | X | X |
| 13. | Screen captures of Kittson in vehicle | | X | X |
| 14. | Google Map Kittson residence to purchase location | | X | X |
| 15. | Photo of purchase location | | X | X |
| 16. | Overview of purchase location | | X | X |
| 17. | Photos of Kittson and R.B. | | X | X |
| 18. | Photos of seized gun and drum | | X | X |
| 19. | Technology Branch photos | | X | X |
| 20. | Nexus markings photos | | X | X |
| 21. | Text messages (1-11-20) | | X | X |
| 22. | Chain of custody record | | X | X |
| 23. | Call recording (6-25-20) | Preadmitted | X | X |
| 25. | NFRTR Certification 1 | | X | X |
| 26. | NFRTR Certification 2 | | X | X |
| 27. | NFRTR Certification 3 | | X | X |
| 28. | Photo of two drum magazines | | X | X |
| 29. | Video of Hoffman test fire | | X | X |
| | | | | |
| | | | | |

PAGE 2 – Joint Exhibit List

| **Defense Exhibits** | | | | |
| --- | --- | --- | --- | --- |
| **Exhibit #** | **Description** | **Status** | **Offered** | **Received** |
| 101 | Photograph of Ray Bohanan trailer | | X | X |
| 102 | Photograph of Ray Bohanan posing with gun | | X | X |
| 104 | Photograph of Ray Bohanan trailer | | X | X |
| 105 | Photograph of 'Tiny House' remodel | | X | X |
| 106 | Photograph of 'Tiny House' remodel | | X | X |
| 107 | Photograph of 'Tiny House' living area | | X | X |
| 108 | Photograph of Storage Shed #1 | | X | X |
| 109 | Photograph of Storage Shed #2 | | X | X |
| 110 | Photograph of Storage Shed #3 | | X | X |
| 111 | Photograph of burned area | | X | X |
| 114 | Photograph of truck | | X | X |
| 115 | Photograph of truck with dog | | X | X |
| 132 | Defense video of testing; Part 1 | | X | X |
| 133 | Defense video of testing; Part 2 | | X | X |
| 134 | Defense video of testing; Part 3 | | X | X |
| 135 | Defense video of testing; Part 4 | | X | X |
| 136 | Defense video of testing; Part 5 | | X | X |
| 137 | Ray Bohanan Facebook downloads | | X | X |

PAGE 4 – Joint Exhibit List