What is the legal definition of Power?

Under Instruction 18 is it "power to Control" + Intention to Control.

Juror #32
#31

Rec'd 8/24/23 2:48pm
KJI

I cannot give you further definitions. You must rely on the instructions.

3:30 pm