UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:21-cr-00075-IM |
| v. | VERDICT |
| DANIEL MATTHEW KITTSON, | |
| Defendant. | |

We, the Jury, being duly empaneled and sworn, hereby find the following unanimous verdicts in the case against the defendant Daniel Matthew Kittson:

**COUNT ONE:** With respect to Count One, Illegal Possession or Transfer of a Machinegun:

Not Guilty _____    Guilty ___X___

**COUNT TWO:** With respect to Count Two, Felon in Possession of a Firearm:

Not Guilty ___X___    Guilty _____

Dated: August 24, 2023.

\_\_\_\_#32\_\_\_\_
PRESIDING JUROR

**Verdict Form**